IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 05-22277 CIV-HUCK/SIMONTON

HELEN MERRILL

    Plaintiff,

vs.

CARNIVAL CORPORATION, a Foreign
Corporation, d/b/a CARNIVAL CRUISE
LINES

    Defendant.
_____/



## PLAINTIFF'S EXPERT WITNESS LIST

COMES NOW Plaintiff, HELEN MERRILL, by and through her undersigned attorneys, and pursuant to this Court's Order Setting Civil Non-Jury Trial Date and Pretrial Schedule, Requiring Mediation and Referring Certain Motions to Magistrate Judge dated September 7, 2005, and files this, her Expert Witness List:

1. The following witnesses are non-retained expert witnesses, upon whom Plaintiff, HELEN MERRILL, reserves the right to call upon to testify at time of trial:

    a. Ernie Eveline, PT,
       30 West 57th Street, 6th Floor,
       New York, NY

Dr. Eveline will testify about his examination, treatment, MRI readings, x-ray readings, and CT Scan readings of HELEN MERRILL, as well as his findings, prognosis and recommendations for treatment. Dr. Eveline will also testify about his treatment of Plaintiff, including prescribing medication. Dr. Eveline will testify about future medical care and treatment, the cost of all prescribed treatment and future treatment, and will offer opinions about Plaintiff's present physical condition as a result of the trip and fall accident of August 29, 2004, including whether or not HELEN MERRILL has sustained a permanent injury as a result of the trip and fall accident. He will also testify about his charges for medical care and treatment rendered to HELEN MERRILL.

    b. Frank Cordasco, MD,
       535 East 70th Street,
       New York, NY



COHEN & GREENBERG, L.L.C.
1792 Bell Tower Lane ♦ Weston, Florida 33326 ♦ Broward: (954) 659-8300 ♦ Dade (305) 438-2828 ♦ Facsimile: (954) 659-8343

Case 1:05-cv-22277-PCH   Document 17   Entered on FLSD Docket 02/03/2006   Page 2 of 3
Case 05-22277 CIV-HUCK/SIMONTON - Page No. 2

Dr. Cordasco will testify about his examination, treatment, MRI readings, x-ray readings, and CT Scan readings of HELEN MERRILL, as well as his findings, prognosis and recommendations for treatment. Dr. Cordasco will also testify about his treatment of Plaintiff, including prescribing medication. Dr. Cordasco will testify about future medical care and treatment, the cost of all prescribed treatment and future treatment, and will offer opinions about Plaintiff's present physical condition as a result of the trip and fall accident of August 29, 2004, including whether or not HELEN MERRILL has sustained a permanent injury as a result of the trip and fall accident. He will also testify about his charges for medical care and treatment rendered to HELEN MERRILL.

c. Natalie E. Azar, MD,
   333 East 34th Street,
   New York, NY

Dr. Azar will testify about his examination, treatment, MRI readings, x-ray readings, and CT Scan readings of HELEN MERRILL, as well as his findings, prognosis and recommendations for treatment. Dr. Azar will also testify about his treatment of Plaintiff, including prescribing medication. Dr. Azar will testify about future medical care and treatment, the cost of all prescribed treatment and future treatment, and will offer opinions about Plaintiff's present physical condition as a result of the trip and fall accident of August 29, 2004, including whether or not HELEN MERRILL has sustained a permanent injury as a result of the trip and fall accident. He will also testify about his charges for medical care and treatment rendered to HELEN MERRILL.

d. Michelle Yagoda, MD,
   122 East 78th Street,
   New York, NY

Dr. Yagoda will testify about her examination, treatment, MRI readings, x-ray readings, and CT Scan readings of HELEN MERRILL, as well as her findings, prognosis and recommendations for treatment. Dr. Yagoda will also testify about her treatment of Plaintiff, including prescribing medication. Dr. Yagoda will testify about future medical care and treatment, the cost of all prescribed treatment and future treatment, and will offer opinions about Plaintiff's present physical condition as a result of the trip and fall accident of August 29, 2004, including whether or not HELEN MERRILL has sustained a permanent injury as a result of the trip and fall accident. She will also testify about his charges for medical care and treatment rendered to HELEN MERRILL.

e. Plaintiff reserves the right to add any medical providers to this expert Witness List that she becomes aware of through discovery

COHEN & GREENBERG, L.L.C.
1792 Bell Tower Lane ♦ Weston, Florida 33326 ♦ Broward: (954) 659-8300 ♦ Dade (305) 438-2828 ♦ Facsimile: (954) 659-8343

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this 31st day of January, 2006, to: MARK A. JOHNSON, ESQ., CARNIVAL CORPORATION, 3655 NW 87th Avenue, Miami, FL 33178-2428.

> COHEN & GREENBERG, L.L.C.
> Attorneys for Plaintiff
> 1792 Bell Tower Lane
> Weston, Florida 33326
> Telephone: (954) 659-8300
> Facsimile:  (954) 659-8343
> E-mail: mcohen@cohengreenberg.com
>
> BY: _____
> MICHAEL J. COHEN
> Fla. Bar No. 146358